JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>Plaintiff(s),<br><br>vs.<br><br>BURLINGTON STORES, INC., d/b/a COHOES FASHIONS, INC., a New Jersey Corporation; LAGACI, INC., a Florida Corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.: 2:16-cv-5548-FMO-FFM<br><br>**ORDER RE: STIPULATION [23] FOR DISMISSAL WITH PREJUDICE**<br><br>**Honorable Fernando M. Olguin**<br>**United States District Judge** |

The parties having so stipulated and agreed, it is hereby SO ORDERED the case be dismissed with prejudice without an award of costs or fees to any party.

Dated: May 9, 2017                                /s/

                                                            Honorable Fernando M. Olguin
                                                            United States District Court Judge